IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | Criminal No.: 4:15-CR-103 |
|---|---|
| v. | |
| JESSE R. BENTON, JOHN M. TATE, and DIMITRIOS N. KESARI, | **MOTION TO SUBSTITUTE PLEADINGS** |

COMES NOW, Google, Inc., by and through the undersigned counsel, and respectfully requests the Court substitute on its docket the attached, redacted versions of the following pleadings, filed in this matter:

- Response to Motion to Stay/Temporary Relief (Dkt. 39) and Exhibits;
    - Declaration (Dkt. 39, Attachment #1);
    - Exhibit A (Dkt. 39, Attachment #2);
    - Exhibit B (Dkt. 39, Attachment #3).

Respectfully submitted,

**Certificate of Service**
The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on August 17, 2015, by CM/ECF.

/s/ *Guy R. Cook*

GREFE & SIDNEY, P.L.C.

By: /s/ *Guy R. Cook*
Guy R. Cook, AT0001623

500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Phone: 515/245-4300
Fax: 515/245-4452
gcook@grefesidney.com
ATTORNEYS FOR GOOGLE, INC.