# Tyler, John R. (Randy)  (Perkins Coie)

| | |
|---|---|
| **From:** | Kravis, Jonathan (CRM) |
| **Sent:** | Tuesday, August 11, 2015 2:04 PM |
| **To:** | Tyler, John R. (Randy)  (Perkins Coie) |
| **Cc:** | Roche, John K.  (Perkins Coie); Pilger, Richard |
| **Subject:** | Re: Search Warrant and Denied Motion to Quash |

John,

Just left you a voicemail. The government does not accept this position. You can start producing documents tomorrow or you can file a motion for relief from the court. Otherwise we intend to file a motion to compel and for sanctions against Google. If you would like to discuss let me know.

Jonathan

Sent from my iPhone

On Aug 11, 2015, at 4:42 PM, Tyler, John R. (Randy) (Perkins Coie) <RTyler@perkinscoie.com<mailto:RTyler@perkinscoie.com>> wrote:

Mr. Kravis:

Apologies if you are receiving this twice, my first email bounced. I am following up on behalf of my colleague John Roche, who is traveling today.  We understand that Mr. Benton intends to appeal the Magistrate Judge's ruling and is seeking expedited review as well as an order staying Google's compliance with the warrant.  In light of this development, Google will await the outcome of the Court's ruling on this matter before proceeding.  Please let me know if you have any questions.

Thank you,

Randy


Randy Tyler | Perkins Coie LLP
ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3034
F. +1.206.359.7262
E. RTyler@perkinscoie.com<mailto:%20RTyler@perkinscoie.com>

From: Tyler, John R. (Randy) (Perkins Coie)
Sent: Tuesday, August 11, 2015 1:28 PM
To:
Cc: Roche, John K. (Perkins Coie)
Subject: RE: Search Warrant and Denied Motion to Quash

Mr. Kravis and Mr. Pilger:

I am following up on behalf of my colleague John Roche, who is traveling today.  We understand that Mr. Benton intends to appeal the Magistrate Judge's ruling and is seeking expedited review as well as an order staying Google's compliance with the warrant.  In light of this development, Google will await the outcome of the Court's ruling on this matter before proceeding.  Please let me know if you have any questions.

Thank you,

Randy

Randy Tyler | Perkins Coie LLP
ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3034
F. +1.206.359.7262
E. RTyler@perkinscoie.com<mailto:%20RTyler@perkinscoie.com>

---------- Forwarded message ----------
From: "Kravis, Jonathan (CRM)"
To: "Roche, John K.  (Perkins Coie)" <JRoche@perkinscoie.com<mailto:JRoche@perkinscoie.com>>
Cc: "Pilger, Richard"
Date: Tue, 11 Aug 2015 12:59:19 +0000
Subject: FW: Search Warrant and Denied Motion to Quash
Here you go.  Thanks.

Jonathan I. Kravis
Trial Attorney
United States Department of Justice
Criminal Division
Public Integrity Section

From:
Sent: Monday, August 10, 2015 5:13 PM
To: Kravis, Jonathan
Subject: FW: Search Warrant and Denied Motion to Quash



From:
Sent: Monday, August 10, 2015 5:09 PM

To: ▮

Subject: Search Warrant and Denied Motion to Quash

Google Legal Compliance,

On July 25, 2014, the attached search warrant for ▮ was served via email on Google. Shortly thereafter a Motion to Quash the warrant was filed in the Southern District of Iowa. The Motion to Quash was denied today (August 10, 2015) and the Court Order denying the Motion to Quash is attached.

Now that the Motion to Quash has been denied, please provide the emails sought in the search warrant to my attention at the address below as soon as possible. If you have questions, please do not hesitate to contact me. Thank you.

▮

FBI - Washington Field Office



_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.