# Re: WIRE - Interactive Communication Technology, Inc.

**From:** Dimitri Kesari <dimitri@ronpaul2012.com>
**To:** John Tate <johnt@ronpaul2012.com>
**Subject:** Re: WIRE - Interactive Communication Technology, Inc.
**Sent:** Mon, 25 Jun 2012 18:22:58 -0400

This the last payment for kent Sorenson.

The deal jesse agreed to with kent.

Sent from my iPhone

On Jun 25, 2012, at 5:59 PM, John Tate <johnt@ronpaul2012.com> wrote:

> What is this? What is it for, who is it? Why do we keep paying them? The last payment was supposedly the last.
>
> John
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Fernando Cortes <fernandoc@ronpaul2012.com>
>> **Date:** June 25, 2012 5:49:40 PM EDT
>> **To:** John Tate <johnt@ronpaul2012.com>
>> **Subject: Fwd: WIRE - Interactive Communication Technology, Inc.**
>>
>> According to dimitri is this the last one (again)
>> Approved? 8k
>>
>> ---------- Forwarded message ----------
>> From: **Katie Koerber**
>> Date: Monday, June 25, 2012
>> Subject: WIRE - Interactive Communication Technology, Inc.
>> To: Fernando Cortes <fernandoc@ronpaul2012.com>
>>
>> This is for Ron Paul 2012 PCC
>>
>> Lori and Deana,
>>
>> Please WIRE the following to Interactive Communication Technology, Inc.
>>
>> Amount: **$8,850.00**

Code: 60110

Invoice # 20120615

Wire to:
 Account Name: ICT, Incorp
 Bank: Bank of America
 Routing No. 026 009593
 Account No. 003916369353
 Branch: College Park MD

Thank you!

--
Fernando Cortes
Deputy Controller
ph: (703) 563-6335
fax: (703) 563-7331
www.ronpaul2012.com

<ICT_JuneInvoice.xls>

| Key | Value |
|---|---|
| Return-Path: | <dimitri@ronpaul2012.com> |
| Received: | from [192.168.1.142] (c-71-62-190-220.hsd1.va.comcast.net. [71.62.190.220]) by mx.google.com with ESMTPS id dz4sm8255148qab.4.2012.06.25.15.22.59 (version=TLSv1/SSLv3 cipher=OTHER); Mon, 25 Jun 2012 15:22:59 -0700 (PDT) |
| References: | <CACC8afb2bbeXZWA_m3KPHUJn6_p1y28-cNcCvts4RMynatyfJg@mail.gmail.com> <E8BCC2B6-6DDC-4120-8FA0-D077EE72116B@ronpaul2012.com> |
| Content-Type: | multipart/alternative; boundary=Apple-Mail-58B8AB1E-7362-486C-9AE8-00CDB79C6565 |
| X-Mailer: | iPhone Mail (9B206) |
| In-Reply-To: | <E8BCC2B6-6DDC-4120-8FA0-D077EE72116B@ronpaul2012.com> |
| Message-Id: | <EB3EB13C-EFC3-44A2-9DFF-9A53FD3E0660@ronpaul2012.com> |
| Content-Transfer-Encoding: | 7bit |
| Mime-Version: | 1.0 (1.0) |

| Key | Value |
|---|---|

|  | Value Type |  |
|---|---|---|
| *Property list* | *Dictionary* | (5 values) |
| date-sent | *Number* | 1340662978 |
| flags | *Number* | 8590195713 |
| original-mailbox | *String* | imap://dimitri%40ronpaul2012.com@imap.gmail.com/%5BGmail%5D/All%20Mail |
| remote-id | *String* | 42149 |
| subject | *String* | Re: WIRE - Interactive Communication Technology, Inc. |