

Jesse Binnall <jbinnall@harveybinnall.com>

## U.S. v. Benton, et al/DOJ Press Release

**Pilger, Richard** <Richard.Pilger@usdoj.gov>                                      Thu, Aug 6, 2015 at 4:06 PM
To: Jesse Binnall <jbinnall@harveybinnall.com>, "Kravis, Jonathan (CRM)" <Jonathan.Kravis@usdoj.gov>
Cc: Susannah Smith <ssmith@harveybinnall.com>, "Howard, Roscoe" <Roscoe.Howard@btlaw.com>, "Sinfelt, Meena" <Meena.Sinfelt@btlaw.com>, "Mills, Laurin H." <Laurin.Mills@leclairryan.com>, "Warrington, David A." <David.Warrington@leclairryan.com>

Jesse, thank you for your letter.  We do not concur with your understanding of Press Release 15-970 issued by the Department of Justice Office of Public Affairs, nor with your understanding of S.D. Iowa Crim. R. 57(c).  Best Regards,

Richard C. Pilger


**From:** Jesse Binnall [mailto:jbinnall@harveybinnall.com]
**Sent:** Thursday, August 6, 2015 3:23 PM
**To:** Pilger, Richard <Richard.Pilger@CRM.USDOJ.GOV>; Kravis, Jonathan (CRM) <Jonathan.Kravis@CRM.USDOJ.GOV>
**Cc:** Susannah Smith <ssmith@harveybinnall.com>; Howard, Roscoe <Roscoe.Howard@btlaw.com>; Sinfelt, Meena <Meena.Sinfelt@btlaw.com>; Mills, Laurin H. <Laurin.Mills@leclairryan.com>; Warrington, David A. <David.Warrington@leclairryan.com>
**Subject:** U.S. v. Benton, et al/DOJ Press Release

[Quoted text hidden]