IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,      )
                                        )

                v.                 )      Criminal No. 4:15-CR-103
                                          )      **ORAL ARGUMENT**
JESSE R. BENTON, *et al.,*      )      **REQUESTED**
                                          )

          Defendants.      )

_____)

## DEFENDANT JOHN F. TATE'S MOTION TO DISMISS

Defendant, John F. Tate ("Mr. Tate"), by counsel, pursuant to Federal Rule of Criminal Procedure 12(b), respectfully moves this Court to dismiss Counts 1-4 of the Indictment in the above-captioned case against Mr. Tate.

## CONCLUSION

For the foregoing reasons outlined above and in Mr. Tate's memorandum supporting this motion, undersigned counsel urges the Court to grant the instant motion. Mr. Tate also requests that the Court set this matter for oral argument pursuant to LCrR 47(a) and LR 7(c). In support thereof, Mr. Tate submits there is good cause for a hearing as this case involves a new and novel theory of prosecution.

Dated: September 4, 2015

Respectfully submitted,

/s/ David A. Warrington_____
David A. Warrington (admitted *pro hac vice*)
Laurin H. Mills (admitted *pro hac vice*)
Brian W. Stolarz (admitted *pro hac vice*)
Paris R. Sorrell (admitted *pro hac vice*)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926

Facsimile: (703) 647-5966
Email: david.warrington@leclairryan.com

*Counsel for Defendant John F. Tate*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel registered for ECF in this case.

/s/ David A. Warrington
David A. Warrington (admitted *pro hac vice*)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan.com

*Counsel for Defendant John F. Tate*