# AFFIDAVIT



2011 NOV 15 PM 2:32

OFFICE OF GENERAL
COUNSEL

From: Kimberly Vertolli
To:     Federal Election Commission

14 November 2011

Re:    S0IL00261

MUR # **6510**

1. I, the "Complainant" am Kimberly Ann Vertolli; I reside at
   Alexandria, VA 22305.

2. This Complaint concerns possible violations of 2 U.S.C. § 431 *et al.*, the Federal Election
   Campaign Act (*hereinafter* "FEC Act"), by Mark Steven Kirk,
   , U.S. Senator (*hereinafter* "Mr. Kirk") and members associated with the
   Kirk for Senate Campaign Committee (S0IL00261), (*hereinafter* "KFS Campaign").

3. The possible violations averred, occurred between the years, 2008 to 2011, and are
   possibly ongoing.

4. KFS Campaign Funds, Activity, and Expenditures, may have been willfully or
   unwittingly misused, converted, or unreported, in contravention of FEC Rules and
   Regulations, by Mr. Kirk, Ms. Dorothy "Dodie" L. McCracken
   ., Mr. Robert Eugene Vail                          ., and the KFS
   Campaign, either by conspiracy, individually, or cooperatively, with tacit or actual
   knowledge, by one or all of them.

5. Mr. Kirk, Ms. McCracken, Mr. Vail and others may have committed fraud, conversion or
   misappropriation of between $50,000 to $1.8 million dollars in KFS Campaign
   Donations, by intentionally misrepresenting and deliberately concealing the actual use,
   purpose, and recipients of KFS Campaign Disbursements and Expenditures, through
   illegal Federal Election Campaign Activities. (Exhibits A, B and C).

6. Mr. Vail appears to be the sole owner/actor behind "The Patterson Group," of Wilmette,
   Illinois and Ms. McCracken appears to be the sole owner/actor behind "Van Ness
   Communications, LLC," of Fairfax, Virginia. (Exhibits A and C).

7. The KFS Campaign remitted over $1.8 million dollars to "The Patterson Group,"
   ostensibly for "Advertising" between 2009 and 2010, according to FEC Reports. (Exhibit
   B).

1



EXHIBIT
E
KV

8. "The Patterson Group" likely remitted between $50,000 to $200,000 dollars to Ms. McCracken and "Van Ness Communications" between 2009 and 2010, but these transfers do not appear that have been reported to the FEC. (Exhibits A, B and C).

9. Both the residence of Mr. Robert E. Vail and the address of KFS Campaign vendor, "The Patterson Group" are: 1340 Ashland Avenue, Wilmette, IL 60091-1608. Mr. Vail is the "owner" of "The Patterson Group," according to his "LinkedIn" website. The Cook County Assessor's Office identifies "1340 Ashland Ave., Wilmette, IL" as the residence of Robert E. Vail and Kathryn Vail. "The Patterson Group" does not appear to be authorized or registered to do business in Illinois, according to the Illinois Secretary of State website. (Exhibits A and B).

10. Ms. Dorothy "Dodie" L. McCracken (nee Van Ness), appears to be the sole member and registered Agent of "Van Ness Communications, LLC," according to the Virginia State Corporation Commission (VA SCC). The business address of Van Ness Communications is listed as: 3819 Hunt Manor Drive, Fairfax, VA 22033, on the VA SCC website. Ms. McCracken also appears to conduct "business," on behalf of "Van Ness Communications" at the home she rents, located at ⬚⬚⬚⬚⬚⬚ Arlington, VA 22202. (Exhibits A and C).

11. Mr. Kirk appears to have violated House Ethics Rules by failing to disclose a foreign trip he accepted by Ms. McCracken to join her on a trip to England and Greece, between 9 and 16 November 2008. (Ms. McCracken was an aide for Congressman Kirk from 2000-2003. Ms. McCracken left Chicago and her Federal Employment, for Washington DC, after their extra-marital sexual relationship was revealed). Ms. McCracken appears to have paid for their accommodations and travel activity in London, England and Athens and Santorini, Greece, none of which appears to have been legal, reported or reimbursed. (Exhibits A and K).

12. After 2009, Ms. McCracken and Mr. Kirk began to cohabitate in Mr. Kirk's Illinois residence, located at 275 Whistler Road, Highland Park, IL 60035. (Exhibit A).

13. Under 2 U.S.C. §439a, "Members of the candidate's family…includes…(iv) A person who shares a residence with the candidate."

14. Senate Candidate Kirk and Ms. McCracken shared a residence in Illinois, while Ms. McCracken steered KFS Campaign Disbursements to a vendor, (Robert Vail and "The Patterson Group"), from whom Ms. McCracken appears to have received considerable remuneration, raising serious 'conflict of interests' issues. Ms. McCracken and Mr. Kirk appear to have had personal financial interests in Ms. McCracken's having disbursement authority over KFS Campaign Donations. None of these facts or allegations appears to have been reported to the FEC. (Exhibits A and C).

20. It appears that Ms. McCracken ("Van Ness Communications") used more than $135,000 paid to her from the KFS Campaign, via Mr. Vail ("The Patterson Group") to escort Senate-Candidate Kirk on the campaign trail and pay Ms. McCracken's personal expenses, including travel, meals, transportation and lodging. Ms. McCracken appears to have included her teeth whitening, gym membership, make-up, and clothing expenses, with "Kirk for Senate" expenses she billed Mr. Vail ("The Patterson Group"). The available invoices indicate at least one remittance of "The Patterson Group" to "Van Ness Communications" of $10,000. (Exhibits A, C and D).

21. Mr. Kirk, Mr. Vail, and Ms. McCracken appear to have conspired to violate FEC Rules and Regulations. Mr. Vail's "The Patterson Group" likely transferred at least $50,000 to Senate Candidate Kirk's girlfriend, Ms. McCracken. The alleged KFS Campaign Fund transfers, by Mr. Vail to Ms. McCracken appear to be not only illegal under the FEC Act, but also a conversion of Campaign Donations for Mr. Kirk's and his girlfriend's personal use. (Exhibit A, B, C and K).

22. It appears that a material portion of the $1.8 million dollars of disbursements was not used for its reported purpose, "Advertising" but rather likely, it was converted for personal use, by a "Family Member." Even if Ms. McCracken did perform legitimate Campaign Activities, it appears that she is a "Family Member" and it appears that she was compensated at a level, far exceeding the market value of her "services". Whatever legitimate "services" she did perform, appear to have been purposefully concealed from public disclosure. (Exhibits A, B, C and D).

23. It does not seem likely that the alleged fraud could have been accomplished without collusion or conspiracy between Mr. Kirk, Ms. McCracken, Mr. Vail and the KFS Campaign. (Exhibits A, B, C and K).

24. According to background reports, Ms. McCracken, by November 2008, had accrued over $70,000 in personal debt, and multiple judgments against her, by various creditors, in the Commonwealth of Virginia. (Exhibit A).

25. Like Ms. McCracken, Mr. Vail also appears to have had a financial incentive to bypass FEC Rules. Mr. Vail has a federal lien on his property amounting to $43,000, according to background reports. (Exhibit A).

26. Ms. McCracken seems to have depended on Mr. Kirk's favor, to support the lifestyle she wanted. Mr. Vail appears to have been a convenient conduit. (Exhibit A).

4

27. Mr. Kirk seems to have believed Ms. McCracken provided him with something valuable enough, that he acceded to, directed, or tacitly endorsed, KFS Campaign Donations being surreptitiously transferred to his girlfriend, in violation of the FEC Act.

Sworn and subscribed on this 14th day of November 2011 in Alexandria, VA by:

_Kimberly Vertolli_
Kimberly Vertolli

_Witness_
Witness

CITY/COUNTY OF __Alexandria__
COMMONWEALTH OF VIRGINIA
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED
BEFORE ME THIS __14__ DAY OF __Nov__, 20 __11__
BY __Kimberly Vertolli__
NOTARY PUBLIC. COMMISSION EXP. __MAY 31 2013__



STEPHEN JOHN HUBBARD
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7252878
My Commission Expires May 31, 2013

5

# EXHIBIT A

13044341674

1

13044341675

# SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

☒ 17 ☐ 15
☐ 20a ☐ 20b ☐ 20c
☐ 21

PAGE 057/000

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Kirk For Senate

**A.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address 1949 Ashland Ave

City
Wilmette
State IL
Zip Code 60091-1609

Purpose of Disbursement
Advertising
Candidate Name

Category Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Transaction ID: 01698.00000
Date of Disbursement
10 / 21 / 2008

Amount of Each Disbursement this Period
688.40

ADVERTISING

**B.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address 1949 Ashland Ave

City
Wilmette
State IL
Zip Code 60091-1609

Purpose of Disbursement
Advertising
Candidate Name

Category Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Transaction ID: 01216.00000
Date of Disbursement
10 / 30 / 2008

Amount of Each Disbursement this Period
71800.20

ADVERTISING

**C.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address 1949 Ashland Ave

City
Wilmette
State IL
Zip Code 60091-1609

Purpose of Disbursement
Advertising
Candidate Name

Category Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Transaction ID: 01130.00100
Date of Disbursement
11 / 30 / 2008

Amount of Each Disbursement this Period
1195.80

ADVERTISING

SUBTOTAL of Disbursements This Page (optional) ............................................................ ▶ 70684.70

TOTAL This Period (last page this line number only) ............................................................ ▶

FEC Schedule B ( Form 3 ) (Revised 12/2004)

11041341675

**EXHIBIT A**

2

| COMMITTEE | Disbursement Date | VENDOR | Address | Listed Purpose | AMOUNT |
|---|---|---|---|---|---|
| Kirk For Senate | 10/21/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $5,505.43 |
| Kirk For Senate | 10/28/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $71,800.36 |
| Kirk For Senate | 11/20/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $1,325.00 |
| Kirk For Senate | 12/10/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $80,339.50 |
| Kirk For Senate | 12/29/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $79,506.29 |
| Kirk For Senate | 10/14/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 00091 | Advertising | $102,058.35 |
| Kirk For Senate | 1/19/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $56,595.50 |
| Kirk For Senate | 1/19/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $475,290.00 |
| Kirk For Senate | 1/27/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $61,129.00 |
| Kirk For Senate | 3/8/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $191,158.00 |
| Kirk For Senate | 5/6/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $243,000.00 |
| Kirk For Senate | 6/2/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $243,000.00 |
| Kirk For Senate | 7/7/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $6,397.67 |
| Kirk For Senate | 7/29/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $99,850.00 |
| Kirk For Senate | 7/30/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $3,537.00 |
| Kirk For Senate | 8/6/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $100,000.00 |
| Kirk For Senate | 8/17/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $21,240.00 |
| Kirk For Senate | 8/31/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $11,650.00 |
| | | | | **TOTAL** | **$1,853,382.10** |

3

**EXHIBIT A**

1304341676

# **Arcadian**Partners

**Contact Us**

Arcadian Partners
3819 Hunt Manor Drive
Fairfax VA 22033

(703) 860-1273
(703) 991-3234 Fax

Email

**EXHIBIT** A

6

# Dodie McCracken

CEO at Arcadian Partners LLC

Washington D.C. Metro Area
Public Relations and Communications
Current

- CEO at Arcadian Partners LLC

Education

- Dover Business College

Connections

14 connections

## Dodie McCracken's Experience

### CEO

**Arcadian Partners LLC**

Currently holds this position

By using this site, you agree to LinkedIn's express authorization is prohibited. . Commercial use of this site without

LinkedIn Corporation © 2011

**EXHIBIT A**

1304341679

# **Arcadian**Partners

### Dodie McCracken
*President & CEO*

Dodie McCracken's thirty year professional portfolio includes extensive public and private sector communications, and public policy experience. She has focused much of her career on work with non profit organizations, commercialized activities and public service. Dodie has creatively brought the corporate world into the non-profit and public arenas with significant results.

**Our Team**

Tom Busch

Jerry Pachuco

Rob Vail

In addition to her policy and communications work for a member of the United States Congress, Dodie has developed cause-related marketing and corporate philanthropy campaigns, led non-profit fundraising efforts, managed special events, coordinated local and national publicity plans, and established corporate partnerships and strategic marketing programs for a significant client list.

Her roster of clients have included Anheuser-Busch, Pepsi-Cola, Ralston Purina, Sensit, Hextberg Diamonds, the U.S. Department of Defense and Veterans Affairs, U.S. National Guard, Health Net, Inc., Cutervgys, Disabled Veterans for LIFE Memorial Foundation and the Elizabeth Glaser Pediatric AIDS Foundation.

Dodie began her public relations career as a member of Fleishman-Hillard's New York office. Her background includes award-winning, high-profile sports and music marketing events and programming for clients like Anheuser-Busch and Ralston Purina along with significant communications, marketing and public relations efforts for private companies, not-for-profits and the public sector.

A member of the Center for Media and Public Affairs board, Dodie collaborated on two philanthropy books, authoring a "how to" guide on charitable giving for the J. Wiley and Sons book entitled "Santa's Gift."

# EXHIBIT A

8

**Arcadian**Partners

### Rob Vail

Rob Vail is a senior marketing executive with a highly effective track record, bringing his experience in media, public policy initiatives and recruiting.

A National Honor Graduate of the US Army Command & General Staff College, Rob served in the First Cavalry Division and Sixth Air Combat Cavalry Infantry unit as Platoon Leader, Executive Officer and Aide de Camp for two General Officers, and is Airborne/Ranger/Pathfinder Qualified

He also served as Marketing Director for the US Army Recruiting Command, managing all centralized media buying and direct marketing efforts, and helped direct the shift to an all-volunteer Army. He has received an EMMY Award for Public Interest Programming, Public Relations Society of America's Silver Anvil Award and the Secretary of Defense's Thomas Jefferson Award.

After his Army service, his jobs included account supervision and management positions with J. Walter Thompson, Cunningham & Walsh, Ogilvy & Mather and Strategic Management, working on Mars, Kraft, Brown & Williamson, DeVry, McDonald's, Disney, Spiegle, General Foods and Procter & Gamble.

During his ad agency stint, he received the Sales & Marketing Excellence Award, American Marketing Association Effie Award, David Ogilvy Award, Direct Marketing Association's John Caples Award, Ad Age's Best Promotions Award and the CEBA Award

He served as Senior Vice President and Managing Director of Western International Media, increasing billings from $6.4 to $9M million in less than three years with clients such as Gatorade, Ameritech, Eureka, Rally's Health & Fitness, Six Flags and Arby's Restaurants. He was Chief Marketing Officer and then President of the International Division of Autotote, Inc., which was sold to Quaker State Corporation

He established a consulting practice with clients that included AT&T, Northwestern Memorial Hospital, Dept. of Transportation, and Cara Cow

Our Team
Peter McCracken
Tom Busch
Jerry Michaud

**EXHIBIT A**

9

MIT Sloan One-Year MBA: Give yourself an Career Experience. Change the Face of Your Business.   From: MIT Sloan School of Management

**Robert Vail**

Owner at The Patterson Group

Greater Chicago Area   Marketing and Advertising

| | |
|---|---|
| Current | • Owner at The Patterson Group |
| Connections | 8 connections |
| Public Profile | |

## Experience

**Owner**

The Patterson Group
Marketing and Advertising Industry
Currently holds this position

## Contact Settings

**Interested In**

- career opportunities
- new ventures
- expertise requests
- reference requests

- consulting offers
- job inquiries
- business deals
- getting back in touch

LinkedIn Corporation © 2011

1304341681

**EXHIBIT A**

© Cook County Assessor's Office - All Rights Reserved.
Cook County Assessor's Office
118 North Clark Street, Third Floor, Chicago, IL 60602

Rob VAIL

1340 Ashland Ave

PIN: |

Property

Appeals

Exemptions

Certificate of Error

File a New Appeal

Name of Owner/Lessee:

Owner/Lessee Mailing Address:

City/State/Zip Code:

Daytime Phone:

Reason(s) for appeal:

**EXHIBIT A**

15

# Dorothy L McCracken

Arlington, VA 22202-1552

**Age:**
**Associated:**
**Prior:**     Mc Lean, VA *(2008)*

# Dorothy L McCracken

Highland Park, IL 60035-5947

**Age:**
**Associated:**

# Mccracken in Highland Park, IL

| Name | Age | Location | Possible Relations | Complete Details |
|------|-----|----------|-------------------|------------------|
|  | 53 | Highland Park, IL. Evanston, IL. Arlington, VA Mc Lean, VA Mclean, VA |  |  |

EXHIBIT A

16

## Van Ness Communications, LLC

SCC ID: ,
Business Entity Type: Limited Liability Company
Jurisdiction of Formation: VA
Date of Formation/Registration: 2/8/2006
Status: Active

**Principal Office**
3819 HUNT
MANOR DR

FAIRFAX VA
22033-0000

**Registered Agent/Registered Office**
DOROTHY MCCRACKEN
3819 HUNT
MANOR DR

Users are encouraged to create an SCC eFile account to:

- Conveniently monitor business entities through the use of a "Favorites" list
- Perform easy step-by-step online transactions for certain types of filings, such as registered agent changes
- Quickly access online filing history

To view our Privacy Policy, click

| FAIRFAX | VA | 22033-0000 |
|---------|-----|------------|
| FAIRFAX COUNTY | 129 | |
| Status: | Active | |
| Effective Date: | 2/8/2006 | |

Screen ID: e1000
Need additional information? Contact

Website questions? Contact:

We provide external links throughout our site.

## EXHIBIT A

13044341684

**RENEWAL APPLICATION FOR BUSINESS, PROFESSIONAL AND OCCUPATIONAL LICENSE (BPOL)**
COUNTY OF FAIRFAX, DEPARTMENT OF TAX ADMINISTRATION
PHONE: 703 222-8234 FAX: 703 324-3500 TTY: 703 222-7594 WEB SITE: WWW.FAIRFAXCOUNTY.GOV/DTA

184924

**FORM 8TA-FF**

### FILE AND PAY BY MARCH 1, 2011

| | CHECK BOX IF OUT OF BUSINESS | FOR OFFICE USE ONLY |
|---|---|---|
| | DATE BUSINESS ENDED IN FAIRFAX COUNTY / / mo day year | DATE RECEIVED |

VAN NESS COMMUNICATION,LC
VAN NESS COMMUNICATION,LC
3819 HUNT MANOR DR
FAIRFAX VA 22033-2217

| ALL APPLICATIONS SUBJECT TO AUDIT PURSUANT TO VA CODE SEC 58.1-3109 |
|---|
| LOCATION WHERE TAX RECORDS ARE MAINTAINED |
| PERSON TO CONTACT IN CASE OF QUESTIONS   TELEPHONE # |

| ACCOUNT | ORDINANCE | FEDERAL ID | RATE .0031 |
|---|---|---|---|
| LOCATION | | | CLASSIFICATION |
| 3819 HUNT MANOR DR | | | |
| FAIRFAX VA      22033 | | CONSULTANT/SPECIAL OCCUP | |

| IF BUSINESS OPERATED FROM LEASED PREMISES WITHIN FAIRFAX COUNTY | |
|---|---|
| NAME OF OWNER OF PREMISES | ANNUAL RENT $ |
| ADDRESS OF OWNER | |

| FOR RETAIL MERCHANTS ONLY |
|---|
| SALES TAX LOCALITY CODE: |

I,   Your 2009 gross receipts reported on your 2010 BPOL application were between $50,001 - $100,000. If your 2010 gross receipts were also between $50,001 - $100,000, sign this form and return with a $50.00 payment by March 1, 2011. Nothing more is required.

II.   If your 2010 gross receipts were not between $50,001 - $100,000, you must complete the following information and return it with the appropriate payment by March 1, 2011.

CONTRACTORS: LIB #: _____ EXP DATE: _____

RETAIL MERCHANTS ONLY: SELECT PAYMENT SCHEDULE

☐ ANNUAL   ☐ INSTALLMENT BILLING - 1ST AND 2ND INSTALLMENT DUE 3/1/2011

| | |
|---|---|
| 1. Enter total 2010 gross receipts.      1099 | **1.** |
| 2. Enter exclusions as allowed by the County's BPOL Ordinance. Complete the BPOL Exclusion worksheet and attach all required documentation.     (See brochure for instructions). | **2.** |
| 3. Subtract line 2 from line 1. | **3.** |
| 4. If line 3 is $100,001 or more, multiply line 3 by .0031.. Otherwise, see instructions - 2011 Fee Table to determine amount to enter on line 4. This is the AMOUNT OWED BY MARCH 1, 2011. PAY THIS AMOUNT. | **4.** |
| 5. LATE FILING PENALTY: IF PAYING AFTER MARCH 1, 2011, multiply line 4 by 1.10 and PAY THIS AMOUNT. | **5.** |

Signature: _____   Date 2/28/11

Print Name: _____

Phone: _____   Fax: _____

Note:  IT IS A MISDEMEANOR FOR ANY PERSON WILLFULLY TO SUBSCRIBE TO AN APPLICATION THAT HE DOES NOT BELIEVE TO BE TRUE AND CORRECT AS TO EVERY MATERIAL MATTER (CODE OF VA SEC 58.1-11).

13044341685

## EXHIBIT A

# BUSINESS, PROFESSIONAL AND OCCUPATIONAL LICENSE
## COUNTY OF FAIRFAX, DEPARTMENT OF TAX ADMINISTRATION (DTA)

PHONE: 703-222-8234   TTY: 703-222-7594   WEBSITE: www.fairfaxcounty.gov/dta

VAN NESS COMMUNICATION,LC
VAN NESS COMMUNICATION,LC
3819 HUNT MANOR DR
FAIRFAX VA 22033-2217

Notice: This is your 2010 Business, Professional and Occupational License (BPOL). The bottom-half is perforated to allow you to tear off and post this license in your establishment. Please note, if your check is not honored by the bank, this license shall be invalid.

---

### 2010 LICENSE INFORMATION

| | |
|---|---|
| **ACCOUNT #:** | **LICENSE PERIOD:** 01/01/2010 - 03/01/2011 |
| **ORDINANCE CODE:** 47236-99 | **LICENSE BASIS:** $85,407 |
| **S.I.C.:** 8742 | **LICENSE RATE:** $.31 per $100 |
| **LOCATION:** 3819 HUNT MANOR DR FAIRFAX VA 22033 | **FED. I.D. OR E.I.N.:** |
| **CLASSIFICATION:** CONSULTANT/SPECIAL OCCUP | **LICENSE NUMBER:** 1041955 |
| **DATE PAYMENT RECEIVED:** 03/09/2010 | **INSTALLMENT(S):** |

---

For any questions concerning this license, please call 703-222-8234 between the hours of 8:00 a.m. and 4:30 p.m. Monday - Friday (Hearing impaired persons may call TTY: 703-222-7594), or send us an e-mail through our website, www.fairfaxcounty.gov/dta.

As with all taxes, our goal is to administer the BPOL tax fairly and in accordance with State and County Codes. Our staff strives to provide professional assistance and quality customer service. Please let us know if we are not meeting your needs. Your satisfaction is important to us and your comments are always welcome.

Norman A. Graves, Director
Personal Property and Business License Division
Department of Tax Administration

CC: Kevin C. Greenlief, Director
Department of Tax Administration

---

## FAIRFAX COUNTY DEPARTMENT OF TAX ADMINISTRATION
## 2010 BUSINESS, PROFESSIONAL AND OCCUPATIONAL LICENSE
## (BPOL) FOR ORDINANCE 47236-99 : CONSULTANT/SPECIAL OCCUP

THIS LICENSE HAS BEEN ISSUED BY THE FAIRFAX COUNTY DEPARTMENT OF TAX ADMINISTRATION (DTA) AND IS GRANTED TO:

1041955

VAN NESS COMMUNICATION,LC
VAN NESS COMMUNICATION,LC
3819 HUNT MANOR DR
FAIRFAX VA 22033-2217

THIS LICENSE IS VALID THRU
March 1, 2011

Dept. Tax Administration, Suite 223
12000 Government Center Parkway
Fairfax, Va. 22035, Phone: 703-222-8234
Website: www.fairfaxcounty.gov/dta.

**EXHIBIT A**

17

1304341687

# EXHIBIT B

| COMMITTEE | Disbursement Date | VENDOR | Address | Listed Purpose | AMOUNT |
|---|---|---|---|---|---|
| Kirk For Senate | 10/21/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $5,505.43 |
| Kirk For Senate | 10/28/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $71,800.36 |
| Kirk For Senate | 11/20/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $1,325.00 |
| Kirk For Senate | 12/10/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $80,339.50 |
| Kirk For Senate | 12/29/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $79,506.29 |
| Kirk For Senate | 10/14/2009 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $102,058.35 |
| Kirk For Senate | 1/15/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $56,595.50 |
| Kirk For Senate | 1/19/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $475,290.00 |
| Kirk For Senate | 1/27/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $61,129.00 |
| Kirk For Senate | 3/8/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $191,158.00 |
| Kirk For Senate | 5/6/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $243,000.00 |
| Kirk For Senate | 6/2/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $243,000.00 |
| Kirk For Senate | 7/7/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $6,397.67 |
| Kirk For Senate | 7/29/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $99,850.00 |
| Kirk For Senate | 7/30/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $3,537.00 |
| Kirk For Senate | 8/6/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $100,000.00 |
| Kirk For Senate | 8/17/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $21,240.00 |
| Kirk For Senate | 8/31/2010 | The Patterson Group | 1340 Ashland Ave Wilmette, IL 60091 | Advertising | $11,650.00 |
| | | | | TOTAL | $1,853,382.10 |

130443416088

**EXHIBIT B**

**SCHEDULE B (FEC Form 3)**
**ITEMIZED DISBURSEMENTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 157 / 999

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Kirk For Senate

**A.** Full Name (Last, First, Middle Initial)
The Palhouse Group

Mailing Address    1840 Ashland Ave

| City | State | Zip Code |
| Wilmette | IL | 00001-1628 |

Purpose of Disbursement
Advertising
Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

State   District:

Category/Type

Transaction ID: 04684.59999
Date of Disbursement
10 / 27 / 2009

Amount of Each Disbursement this Period
3092.49

ADVERTISING

**B.** Full Name (Last, First, Middle Initial)
The Palhouse Group

Mailing Address    1840 Ashland Ave

| City | State | Zip Code |
| Wilmette | IL | 00001-1628 |

Purpose of Disbursement
Advertising
Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

State   District:

Category/Type

Transaction ID: 01255.59999
Date of Disbursement
10 / 27 / 2009

Amount of Each Disbursement this Period
71000.30

ADVERTISING

**C.** Full Name (Last, First, Middle Initial)
The Palhouse Group

Mailing Address    1840 Ashland Ave

| City | State | Zip Code |
| Wilmette | IL | 00001-1628 |

Purpose of Disbursement
Advertising
Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

State   District:

Category/Type

Transaction ID: 01180.59999
Date of Disbursement
11 / 20 / 2009

Amount of Each Disbursement this Period
1200.00

ADVERTISING

SUBTOTAL of Disbursements This Page (optional) ............ ▶   79992.79

TOTAL This Period (last page this line number only) ............ ▶

FEC Schedule B ( Form 3 ) (Revised 02/2003)

**EXHIBIT B**

1304341690

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

☒ 17 ☐ 18 ☐ 19a ☐ 19b
☐ 20a ☐ 20b ☐ 21

PAGE 000 / 000

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

**Kirk For Senate**

| | | |
|---|---|---|
| **A.** | Full Name (Last, First, Middle Initial) **The Poltronsi Group** | Transaction ID: 01216.E0210 |
| | | Date of Disbursement |
| | Mailing Address 1345 Ashland Ave | 12 / 16 / 2009 |
| | City Wilmette | State IL | Zip Code 60091-1600 | Amount of Each Disbursement this Period |
| | Purpose of Disbursement Advertising | 8888.00 |
| | Candidate Name | Category Type |
| | Office Sought: ☐ House ☐ Senate ☐ President ☐ District State | Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼ | ADVERTISING |

| | | |
|---|---|---|
| **B.** | Full Name (Last, First, Middle Initial) **The Poltronsi Group** | Transaction ID: 00713.E0271 |
| | | Date of Disbursement |
| | Mailing Address 1345 Ashland Ave | 12 / 16 / 2009 |
| | City Wilmette | State IL | Zip Code 60091-1600 | Amount of Each Disbursement this Period |
| | Purpose of Disbursement Advertising | 7000.00 |
| | Candidate Name | Category Type |
| | Office Sought: ☐ House ☐ Senate ☐ President ☐ District State | Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼ | ADVERTISING |

| | | |
|---|---|---|
| **C.** | Full Name (Last, First, Middle Initial) **Patton Boggs, LLP** | Transaction ID: 01049.E7069 |
| | | Date of Disbursement |
| | Mailing Address 2550 M St NW | 12 / 07 / 2009 |
| | City Washington | State DC | Zip Code 20037-1301 | Amount of Each Disbursement this Period |
| | Purpose of Disbursement Legal Retainer | 1000.00 |
| | Candidate Name | Category Type |
| | Office Sought: ☐ House ☐ Senate ☐ President ☐ District State | Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼ | LEGAL RETAINER |

SUBTOTAL of Disbursements This Page (optional) ▶ 16000.00

TOTAL This Period (last page this line number only) ▶

FEC Schedule B ( Form 3 ) (Revised 02/2003)

1591205 79

# EXHIBIT B

1304341691

**SCHEDULE B (FEC Form 3)**
**ITEMIZED DISBURSEMENTS**

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

☒ 17 ☐ 18 ☐ 19 ☐ 19a ☐ 19b
☐ 20a ☐ 20b ☐ 20c ☐ 21

PAGE: 500/600

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
Kirk For Senate

**A.** Full Name (Last, First, Middle Initial)
Republican Org. of Orland Township

Mailing Address  8765 W 143rd St

City  Orland Park
State  IL
Zip Code  60463-2058

Purpose of Disbursement
Advertising

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:
District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Category/Type

Transaction ID: 90113.E0015
Date of Disbursement
01 · 13 · 2010

Amount of Each Disbursement this Period
155.00

ADVERTISING

**B.** Full Name (Last, First, Middle Initial)
Republican Org. of Orland Township

Mailing Address  8765 W 143rd St

City  Orland Park
State  IL
Zip Code  60463-2058

Purpose of Disbursement
Sample Ballot Mailing

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:
District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Category/Type

Transaction ID: 90113.E0015
Date of Disbursement
01 · 13 · 2010

Amount of Each Disbursement this Period
551.00

SAMPLE BALLOT MAILING

**C.** Full Name (Last, First, Middle Initial)
The Peterson Group

Mailing Address  1940 Ashland Ave

City  Wilmette
State  IL
Zip Code  60091-1905

Purpose of Disbursement
Advertising

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:
District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Category/Type

Transaction ID: 91014.E7047
Date of Disbursement
10 · 12 · 2009

Amount of Each Disbursement this Period
102002.25

ADVERTISING

SUBTOTAL of Disbursements This Page (optional) ................▶   102708.25

TOTAL This Period (last page this line number only) ................▶

FEC Schedule B ( Form 3 )  (Revised Version)

102056 25

**EXHIBIT B**

# SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

[X] 17   [ ] 18   [ ] 19a   [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c   [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee

NAME OF COMMITTEE (In Full)
Kirk For Senate

**A.** Full Name (Last, First, Middle Initial)
Park East Kosher

Mailing Address   1623 2nd Ave

City   New York    State   NY    Zip Code   10028-4460

Purpose of Disbursement
Event Ticket

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:   District:
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID: 00126.E8432
Date of Disbursement
01   26   2010

Amount of Each Disbursement this Period
1875.00

EVENT TICKET

**B.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address   1340 Ashland Ave

City   Wilmette    State   IL    Zip Code   60091-1608

Purpose of Disbursement
Advertising

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:   District:
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID: 00211.E8563
Date of Disbursement
01   15   2010

Amount of Each Disbursement this Period
56599.50

ADVERTISING

**C.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address   1340 Ashland Ave

City   Wilmette    State   IL    Zip Code   60091-1608

Purpose of Disbursement
Advertising

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:   District:
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID: 00211.E8564
Date of Disbursement
01   19   2010

Amount of Each Disbursement this Period
475290.08

ADVERTISING

SUBTOTAL of Disbursements This Page (optional) ............ ▶   533760.50

TOTAL This Period (last page this line number only) ............ ▶

FESAN018

FEC Schedule B ( Form 3 ) (Revised 02/2009)

**EXHIBIT B**

57

# SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

**FOR LINE NUMBER:** (check only one)

[X] 17 [ ] 18 [ ] 19a [ ] 19b
[ ] 20a [ ] 20b [ ] 20c [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee

**NAME OF COMMITTEE (In Full)**
Kirk For Senate

---

**A.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address  1340 Ashland Ave

| City Wilmette | State IL | Zip Code 60091-1608 |
|---|---|---|

Purpose of Disbursement
Advertising

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President

State: District:

Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID:  00211.E8585
Date of Disbursement
01 / 27 / 2010

Amount of Each Disbursement this Period
61129.00

ADVERTISING

---

**B.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address  1340 Ashland Ave

| City Wilmette | State IL | Zip Code 60091-1608 |
|---|---|---|

Purpose of Disbursement
Advertising

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President

State: District:

Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID:  00312.E8732
Date of Disbursement
03 / 08 / 2010

Amount of Each Disbursement this Period
191158.00

ADVERTISING

---

**C.** Full Name (Last, First, Middle Initial)
Patten Boggs, LLP

Mailing Address  2550 M St NW

| City Washington | State DC | Zip Code 20037-1301 |
|---|---|---|

Purpose of Disbursement
Legal Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President

State: District:

Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID:  00120.E8367
Date of Disbursement
01 / 18 / 2010

Amount of Each Disbursement this Period
1505.46

LEGAL FEES

---

SUBTOTAL of Disbursements This Page (optional) .................... ▶   253792.46

TOTAL This Period (last page this line number only) .................... ▶

FE5AN018

FEC Schedule B ( Form 3 ) (Revised 02/2003)

## EXHIBIT B

25-2-2016

58

**SCHEDULE B (FEC Form 3)**
**ITEMIZED DISBURSEMENTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

[X] 17  [ ] 18  [ ] 19a  [ ] 19b
[ ] 20a  [ ] 20b  [ ] 20c  [ ] 21

PAGE 934 / 982

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee

**NAME OF COMMITTEE (In Full)**
Kirk For Senate

**A.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address   1340 Ashland Ave

| City | State | Zip Code |
|---|---|---|
| Wilmette | IL | 60091-1608 |

Purpose of Disbursement
Advertising

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼
State:       District:

Transaction ID:  00510.E8999
Date of Disbursement
[0 5] / [0 6] / [2 0 1 0]

Amount of Each Disbursement this Period
243000.00

ADVERTISING

**B.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address   1340 Ashland Ave

| City | State | Zip Code |
|---|---|---|
| Wilmette | IL | 60091-1608 |

Purpose of Disbursement
Advertising

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼
State:       District:

Transaction ID:  00607.E9121
Date of Disbursement
[0 6] / [0 2] / [2 0 1 0]

Amount of Each Disbursement this Period
243000.00

ADVERTISING

**C.** Full Name (Last, First, Middle Initial)
Patton Boggs, LLP

Mailing Address   2550 M St NW

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20037-1301 |

Purpose of Disbursement
Legal Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼
State:       District:

Transaction ID:  00407.E8825
Date of Disbursement
[0 4] / [0 7] / [2 0 1 0]

Amount of Each Disbursement this Period
1702.28

LEGAL FEES

SUBTOTAL of Disbursements This Page (optional) .................... ▶   487702.28

TOTAL This Period (last page this line number only) .................... ▶

FE5AN818

FEC Schedule B ( Form 3 )  (Revised 02/2009)

**EXHIBIT B**

59

SCHEDULE B (FEC Form 3)
ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c    [ ] 21

PAGE  1198 / 1217

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Kirk For Senate

**A.**

Full Name (Last, First, Middle Initial)
Old Dominion Research Group

Mailing Address    PO Box 151444

City
Alexandria

State
VA

Zip Code
22915-1444

Purpose of Disbursement
Research

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:  District:

Disbursement For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Transaction ID:  00719.E9347
Date of Disbursement
07 / 07 / 2010

Amount of Each Disbursement this Period
7500.00

RESEARCH

**B.**

Full Name (Last, First, Middle Initial)
Old Westbury Golf & Country Club

Mailing Address    PO Box 150

City
Old Westbury

State
NY

Zip Code
11568-0150

Purpose of Disbursement
Event Catering

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:  District:

Disbursement For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Transaction ID:  00719.E9334
Date of Disbursement
07 / 01 / 2010

Amount of Each Disbursement this Period
2098.46

EVENT CATERING

**C.**

Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address    1340 Ashland Ave

City
Wilmette

State
IL

Zip Code
60091-1608

Purpose of Disbursement
Advertising

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:  District:

Disbursement For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Transaction ID:  00719.E9350
Date of Disbursement
07 / 07 / 2010

Amount of Each Disbursement this Period
6397.67

ADVERTISING

SUBTOTAL of Disbursements This Page (optional) ............ ▶    15994.13

TOTAL This Period (last page this line number only) ............ ▶

FE5AN016

**EXHIBIT B**

FEC  Schedule B ( Form 3 ) (Revised 03/2005)

60

# SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

[X] 17.    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Kirk For Senate

**A.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address    1340 Ashland Ave

City    Wilmette      State   IL      Zip Code   60091-1608

Purpose of Disbursement
Advertising
Candidate Name      Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID:   00731.E9423
Date of Disbursement
07 / 29 / 2010

Amount of Each Disbursement this Period
99850.00

ADVERTISING

**B.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address    1340 Ashland Ave

City    Wilmette      State   IL      Zip Code   60091-1608

Purpose of Disbursement
Advertising
Candidate Name      Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID:   00823.E9487
Date of Disbursement
07 / 30 / 2010

Amount of Each Disbursement this Period
3587.00

ADVERTISING

**C.** Full Name (Last, First, Middle Initial)
The Patterson Group

Mailing Address    1340 Ashland Ave

City    Wilmette      State   IL      Zip Code   60091-1608

Purpose of Disbursement
Advertising
Candidate Name      Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:
Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID:   00809.E9462
Date of Disbursement
08 / 06 / 2010

Amount of Each Disbursement this Period
100000.00

ADVERTISING

SUBTOTAL of Disbursements This Page (optional) .................... ▶    203387.00

TOTAL This Period (last page this line number only) .................... ▶

FE3AN018

FEC Schedule B ( Form 3 ) (Revised 02/2003)

**EXHIBIT B**

13044341696

11020063912

205.737 00

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

[X] 17   [ ] 18   [ ] 19a   [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c   [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee

NAME OF COMMITTEE (In Full)

Kirk For Senate

**A.**

Full Name (Last, First, Middle Initial)

The Patterson Group

Mailing Address   1340 Ashland Ave

| City | State | Zip Code |
|------|-------|----------|
| Wilmette | IL | 60091-1609 |

Purpose of Disbursement
Advertising

Candidate Name

Category/ Type

Office Sought: [ ] House [ ] Senate [ ] President

State:   District:

Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID: 00916.E9703
Date of Disbursement

08 / 17 / 2010

Amount of Each Disbursement this Period

21240.00

ADVERTISING

**B.**

Full Name (Last, First, Middle Initial)

The Patterson Group

Mailing Address   1340 Ashland Ave

| City | State | Zip Code |
|------|-------|----------|
| Wilmette | IL | 60091-1609 |

Purpose of Disbursement
Advertising

Candidate Name

Category/ Type

Office Sought: [ ] House [ ] Senate [ ] President

State:   District:

Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID: 00906.E9653
Date of Disbursement

08 / 31 / 2010

Amount of Each Disbursement this Period

11850.00

ADVERTISING

**C.**

Full Name (Last, First, Middle Initial)

Patton Boggs, LLP

Mailing Address   2550 M St NW

| City | State | Zip Code |
|------|-------|----------|
| Washington | DC | 20037-1301 |

Purpose of Disbursement
Legal Fees

Candidate Name

Category/ Type

Office Sought: [ ] House [ ] Senate [ ] President

State:   District:

Disbursement For: [ ] Primary [ ] General [ ] Other (specify) ▼

Transaction ID: 00903.E9456
Date of Disbursement

08 / 09 / 2010

Amount of Each Disbursement this Period

17636.60

LEGAL FEES

SUBTOTAL of Disbursements This Page (optional) ............................ ▶    50726.60

TOTAL This Period (last page this line number only) ............................ ▶

FE3AN016

**EXHIBIT B**

FEC Schedule B ( Form 3 ) (Revised 02/2003)

32,810 00