| | |
|---|---|
| **From:** | Kravis, Jonathan (CRM) |
| **To:** | Cooney, Joseph |
| **Subject:** | FW: US v. Kesari |
| **Date:** | Tuesday, January 12, 2016 9:53:04 AM |

Jonathan I. Kravis

Trial Attorney

United States Department of Justice

Criminal Division

Public Integrity Section

(202) 616-2840 (office)

(202) 262-6947 (cell)

jonathan.kravis@usdoj.gov

**From:** Warrington, David A. [mailto:David.Warrington@leclairryan.com]
**Sent:** Monday, November 2, 2015 3:56 PM
**To:** Kravis, Jonathan (CRM) <Jonathan.Kravis@CRM.USDOJ.GOV>; Mills, Laurin H. <Laurin.Mills@leclairryan.com>; Roscoe.Howard@btlaw.com; Meena.Sinfelt@btlaw.com
**Cc:** jbinnall@harveybinnall.com; Pilger, Richard <Richard.Pilger@CRM.USDOJ.GOV>
**Subject:** RE: US v. Kesari

The case against Mr. Tate was dismissed.  Because he is no longer a party, we do not believe it is appropriate for us to participate.

**David A. Warrington**
**Attorney at Law**
LECLAIRRYAN

2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
(703) 647-5926 Direct
(703) 647-5966 Fax
David.Warrington@leclairryan.com
https://www.leclairryan.com

Please consider the environment before printing this email.

**From:** Kravis, Jonathan (CRM) [mailto:Jonathan.Kravis@usdoj.gov]
**Sent:** Monday, November 02, 2015 11:58 AM
**To:** Warrington, David A.; Mills, Laurin H.; Roscoe.Howard@btlaw.com; Meena.Sinfelt@btlaw.com
**Cc:** jbinnall@harveybinnall.com; Pilger, Richard
**Subject:** US v. Kesari

Good afternoon,

The procedural posture of this case has made it a little difficult to figure out who exactly is getting what on ECF at this point.  We just wanted to let you know that the government is intending to seek a superseding indictment in this matter that will include charges against Mr. Benton and Mr. Tate.

I believe the Court has issued an order setting a telephonic status conference for November 13.  Let me know if you did not get the dial-in info on ECF.

Thanks,
Jonathan

Jonathan I. Kravis
Trial Attorney
United States Department of Justice
Criminal Division
Public Integrity Section
(202) 616-2840 (office)
(202) 262-6947 (cell)
[jonathan.kravis@usdoj.gov](mailto:jonathan.kravis@usdoj.gov)

* This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail with a copy to emailadministrator@leclairryan.com and delete this e-mail and all copies and attachments.