| From: | Kravis, Jonathan (CRM) |
|---|---|
| To: | Cooney, Joseph |
| Subject: | FW: Telephonic status conference in US v. Kesari |
| Date: | Tuesday, January 12, 2016 9:53:39 AM |

Jonathan I. Kravis

Trial Attorney

United States Department of Justice

Criminal Division

Public Integrity Section

(202) 616-2840 (office)

(202) 262-6947 (cell)

jonathan.kravis@usdoj.gov

**From:** Kravis, Jonathan (CRM)
**Sent:** Tuesday, November 3, 2015 12:42 PM
**To:** david.warrington@leclairryan.com; laurin.mills@leclairryan.com; Roscoe.Howard@btlaw.com; Meena.Sinfelt@btlaw.com
**Cc:** Jesse Binnall <jbinnall@harveybinnall.com>; Pilger, Richard <Richard.Pilger@CRM.USDOJ.GOV>
**Subject:** Telephonic status conference in US v. Kesari

Just wanted to let you know that the Court has set Mr. Kesari's retrial for December 14, 2015. In the event the government obtains a superseding indictment that adds Mr. Benton and Mr. Tate back to the case, the Court has set aside two dates in February—the 8th and the 16th—as alternate trial dates.

Jonathan I. Kravis
Trial Attorney
United States Department of Justice
Criminal Division
Public Integrity Section
(202) 616-2840 (office)
(202) 262-6947 (cell)
jonathan.kravis@usdoj.gov