| From: | Sinfelt, Meena |
|---|---|
| To: | Kathy_Nutt@iasd.uscourts.gov; Helen_Adams@iasd.uscourts.gov; Jesse R. Binnall (jbinnall@harveybinnall.com); Warrington, David A.; Mills, Laurin H.; Pilger, Richard; Cooney, Joseph |
| Cc: | Howard, Roscoe |
| Subject: | U.S. v. Benton; 4:15-cr-103-JAJ-HCA |
| Date: | Monday, December 21, 2015 6:29:33 PM |
| Attachments: | image002.png |

Judge Adams,

Counsel for Mr. Benton has had time to confer with the management at Barnes & Thornburg as well as Mr. Benton since the hearing this morning. Counsel respectfully declines the Court's suggestion to remain in the case and be compensated at the current CJA rate. We appreciate the Court's attempt to assist counsel and Mr. Benton through this issue, however, even with the limited CJA funds, it would still be a hardship for Barnes & Thornburg to continue to represent Mr. Benton at his upcoming trial in February 2016. Further, as reported this morning, Mr. Benton met with potential substitute counsel today. Mr. Benton reports to us that the attorney he spoke with today needs to determine if his schedule will allow him to take the case at this juncture so as not to disturb the February 2016 trial date. Mr. Benton informs us that he expects to hear back from the attorney (who is located in Des Moines) on Wednesday, December 23, 2015. Mr. Howard or I will update the Court and the related parties as soon as we hear from Mr. Benton on the status of his new counsel, be that Wednesday or the following day.

Best regards,
Meena

VCard | Bio | Dept Info

**Meena T. Sinfelt**
Of Counsel
meena.sinfelt@btlaw.com

Phone: (202) 371-6368
Fax: (202) 289-1330
www.btlaw.com

Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, DC 20006-4623

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.