

# Re: Wire needed

**From:** johnt@ronpaul2012.com
**To:** "Dimitri Kesari" <dimitri@ronpaul2012.com>,"fernandoc@ronpaul2012.com" <fernandoc@ronpaul2012.com>
**CC:** "Benton Jesse" <jesserbenton@gmail.com>
**Subject:** Re: Wire needed
**Sent:** Thu, 29 Dec 2011 01:38:23 +0000

```
Yep approved.
------Original Message------
From: Dimitri Kesari
To: fernandoc@ronpaul2012.com
Cc: Benton Jesse
Cc: John Tate
Subject: Wire needed
Sent: Dec 28, 2011 7:36 PM

I will need a wire for 25,000 first thing in the morning. Jesse has approved

I will get you the wire info tonight.

Could you send me the form?

Sent from my iPhone


Sent from my Verizon Wireless BlackBerry
```

| | |
|---|---|
| **Delivered-To:** | dimitri@ronpaul2012.com |
| **Received:** | by 10.213.10.70 with SMTP id o6cs213219ebo; Wed, 28 Dec 2011 17:38:30 -0800 (PST) |
| **Received:** | by 10.236.181.37 with SMTP id k25mr31425456yhm.46.1325122709036; Wed, 28 Dec 2011 17:38:29 -0800 (PST) |
| **Return-Path:** | <johnt@ronpaul2012.com> |
| **Received:** | from mail-gx0-f179.google.com (mail-gx0-f179.google.com [209.85.161.179]) by mx.google.com with ESMTPS id u21si11350294yhl.30.2011.12.28.17.38.28 (version=TLSv1/SSLv3 cipher=OTHER); Wed, 28 Dec 2011 17:38:29 -0800 (PST) |
| **Received-SPF:** | pass (google.com: domain of johnt@ronpaul2012.com designates 209.85.161.179 as permitted sender) client-ip=209.85.161.179; |
| **Authentication-Results:** | mx.google.com; spf=pass (google.com: domain of johnt@ronpaul2012.com designates 209.85.161.179 as permitted sender) smtp.mail=johnt@ronpaul2012.com |
| **Received:** | by ggnv5 with SMTP id v5so7995352ggn.10 for <dimitri@ronpaul2012.com>; Wed, 28 Dec 2011 17:38:28 -0800 (PST) |
| **Received:** | |

GRAND JURY EXHIBIT 53

|  |  |
|---|---|
|  | by 10.101.154.29 with SMTP id g29mr2659221ano.9.1325122708575; Wed, 28 Dec 2011 17:38:28 -0800 (PST) |
| **Return-Path:** | <johnt@ronpaul2012.com> |
| **Received:** | from 172.29.224.213 (bda-74-82-87-144.bis6.us.blackberry.com. [74.82.87.144]) by mx.google.com with ESMTPS id a15sm80000667ana.1.2011.12.28.17.38.27 (version=SSLv3 cipher=OTHER); Wed, 28 Dec 2011 17:38:27 -0800 (PST) |
| **X-rim-org-msg-ref-id:** | 888623354 |
| **Message-ID:** | <888623354-1325122704-cardhu_decombobulator_blackberry.rim.net-1931544575-@b16.c31.bise6.blackberry> |
| **Reply-To:** | johnt@ronpaul2012.com |
| **X-Priority:** | Normal |
| **Sensitivity:** | Normal |
| **Importance:** | Normal |
| **Content-Type:** | text/plain |
| **MIME-Version:** | 1.0 |

| Key | Value Type | Value |
|---|---|---|
| Property list | Dictionary | (5 values) |
| date-sent | Number | 1325122703 |
| flags | Number | 8623750144 |
| original-mailbox | String | imap://dimitri%40ronpaul2012.com@imap.gmail.com/%5BGmail%5D/All%20Mail |
| remote-id | String | 22482 |
| subject | String | Re: Wire needed |