

# RE: 25k wire

**From:** Dimitri Kesari <dimitri@ronpaul2012.com>
**To:** johnt@ronpaul2012.com, Benton Jesse <jesserbenton@gmail.com>, Fernando Cortes <fernandoc@ronpaul2012.com>
**Cc:** Dimitri Kesari <dimitrik@ronpaul2012.com>, Jesse Benton <jesseb@ronpaul2012.com>
**Subject:** RE: 25k wire
**Sent:** Thu, 29 Dec 2011 16:03:12 -0600

We are holding till after the filing

---

**From:** johnt@ronpaul2012.com [mailto:johnt@ronpaul2012.com]
**Sent:** Thursday, December 29, 2011 2:32 PM
**To:** Benton Jesse; Fernando Cortes
**Cc:** Dimitri Kesari; Jesse Benton
**Subject:** Re: 25k wire

Yep. We are going to

Sent from my Verizon Wireless BlackBerry

---

**From:** Jesse Benton <jesserbenton@gmail.com>

**Date:** Thu, 29 Dec 2011 14:30:08 -0600

**To:** Fernando Cortes<fernandoc@ronpaul2012.com>

**Cc:** Dimitri Kesari<dimitrik@ronpaul2012.com>; Jesse Benton<jesseb@ronpaul2012.com>; John Tate<johnt@ronpaul2012.com>

**Subject:** Re: 25k wire

Hold for a couple days

Sent from my iPad

On Dec 29, 2011, at 2:20 PM, Fernando Cortes <fernandoc@ronpaul2012.com> wrote:

> 40 min left in the window if we need to get this out today
>
> On Thu, Dec 29, 2011 at 12:28 PM, Fernando Cortes <fernandoc@ronpaul2012.com> wrote:
>
>> Dimitri,



Is this invoice still on for today? Please send when you get.

Wire window closes at 3pm Central/ 4pm Eastern.

Thanks,
Fernando

--

Fernando Cortes

Deputy Controller

ph: (703) 563-6335

fax: (703) 563-7331

www.ronpaul2012.com




--

Fernando Cortes

Deputy Controller

ph: (703) 563-6335

fax: (703) 563-7331

www.ronpaul2012.com

**References:** <CACC8afafu76EGgdTqWjEC_jhHdz92amqmSjj7C_S6a4Gc4AE2w@mail.gmail.co
<CACC8afZnd=766VGiMeVDwXJ3E7c9xNXxWGXaAHygvit5bNndxQ@mail.gmail.c
<9CDFCB19-0C96-41A1-84B2-5255FA7873EC@gmail.com> <615609497-
1325190703-cardhu_decombobulator_blackberry.rim.net-
192129553-@b16.c31.bise6.blackberry>

**In-Reply-To:** <615609497-1325190703-cardhu_decombobulator_blackberry.rim.net-
192129553-@b16.c31.bise6.blackberry>

**MIME-Version:** 1.0
**X-Mailer:** Microsoft Outlook 14.0
**Thread-Index:** AQFKCoC+OkwbHdEagU+D031uBMHwHwM6wOYEAhAUcvoC6M18Upa3OShQ
**Delivered-To:** dimitri@ronpaul2012.com
**Message-ID:** <0d9b1dc1925faa5d0903a924ceee2ba0@mail.gmail.com>

**Content-Type:** multipart/alternative; boundary=0015174c189466b09104b5424884

| Key | Value Type | Value |
|---|---|---|
| Property list | Dictionary | (5 values) |
| date-sent | Number | 1325196192 |
| flags | Number | 8590195713 |
| original-mailbox | String | imap://dimitri%40ronpaul2012.com@imap.gmail.com/%5BGmail%5D/All%20Mail |
| remote-id | String | 22682 |
| subject | String | RE: 25k wire |