| | |
|---|---|
| From: | John Tate <johnt@ronpaul2012.com> |
| Sent: | Thursday, December 29, 2011 6:41 PM |
| To: | Fernando Cortes <fernandoc@ronpaul2012.com> |
| Subject: | Re: COH |

Thanks. There will not be the 25k dimitri wire for now. Wipe it off the books.

Sent from my iPad

On Dec 29, 2011, at 5:40 PM, Fernando Cortes <fernandoc@ronpaul2012.com> wrote:

> COH- 135k
>
> Reserves- 400k (will cover CC fees and payroll on 1/15)
>
> Outstanding Invoices:
>
> $927k - Saber (Multistate- we already paid $200K) dont know if we need them to redo invoice otherwise looks like we owe $927k- which we dont.
>
> $80k - Website Invoices - Eric Stein Nov/Dec can be paid after 1/1
>
> $180k- AMEX can be paid after 1/1
>
> $25k - Dimitri's mystery wire
> --
> Fernando Cortes
> Deputy Controller
> ph: (703) 563-6335
> fax: (703) 563-7331
> www.ronpaul2012.com


GRAND JURY EXHIBIT 59