

| | |
|---|---|
| From: | John Tate <johnt@ronpaul2012.com> |
| Sent: | Tuesday, February 7, 2012 7:22 PM |
| To: | Dimitri Kesari <dimitri@ronpaul2012.com> |
| Subject: | Re: |

No idea. Ask him.

Sent from my iPad

On Feb 7, 2012, at 5:19 PM, Dimitri Kesari <dimitri@ronpaul2012.com> wrote:

> Did jesse get kent paid?
>
> He said he would handle it and kent is texting me today.



GRAND JURY EXHIBIT
68

RP0372