

From: Jesse Benton <jesserbenton@gmail.com>
Date: Tue, Feb 7, 2012 at 7:35 PM
Subject: Re:
To: Dimitri Kesari <dimitri@ronpaul2012.com>

Yo handle

Sent from my iPhone

On Feb 7, 2012, at 6:31 PM, Dimitri Kesari <dimitri@ronpaul2012.com> wrote:

> Did you get kent paid?
>
> Or should I submit the payment and pay him?



CONFIDENTIAL

JRB0020