**From:** John Tate <johnt@ronpaul2012.com>
**Sent:** Tuesday, April 3, 2012 12:03 PM
**To:** Fernando Cortes <fernandoc@ronpaul2012.com>
**Subject:** Re: March Invoice

Approved.

Sent from my iPad

On Apr 3, 2012, at 12:00 PM, Fernando Cortes <fernandoc@ronpaul2012.com> wrote:

> approved?
>
> ---------- Forwarded message ----------
> From: **Dimitri Kesari** <dkesari@aol.com>
> Date: Tue, Apr 3, 2012 at 11:58 AM
> Subject: FW: March Invoice
> To: Fernando Cortes <fernandoc@ronpaul2012.com>
>
>
> Approved by jesse
>
> -----Original Message-----
> From: sonnyizon@aol.com [mailto:sonnyizon@aol.com]
> Sent: Monday, March 26, 2012 5:13 PM
> To: dkesari@aol.com
> Subject: March Invoice
>
> Hi Dimitri,
>
> Here is the invoice for March.
>
> Peace,
>
> Sonny
>
>
>
> --
> Fernando Cortes
> Deputy Controller
> ph: (703) 563-6335
> fax: (703) 563-7331
> www.ronpaul2012.com
>
>
> <INVDKesari_3.xls>



GRAND JURY EXHIBIT 70
CARDELS 800-783-3399

RP0375

PIN-00017310