

From: johnt@ronpaul2012.com
Sent: Tuesday, May 29, 2012 11:03 AM
To: Fernando Cortes <fernandoc@ronpaul2012.com>
Subject: Re: Fwd: WIRE - Interactive Communication Technology, Inc.

Approved
Sent from my Verizon Wireless BlackBerry

From: Fernando Cortes <fernandoc@ronpaul2012.com>
Date: Tue, 29 May 2012 09:38:11 -0400
To: John Tate<johnt@ronpaul2012.com>
Subject: Fwd: WIRE - Interactive Communication Technology, Inc.

approved? Dimitri said it is the last one

---------- Forwarded message ----------
From: Katie Koerber <katiek@ronpaul2012.com>
Date: Tue, May 29, 2012 at 9:28 AM
Subject: WIRE - Interactive Communication Technology, Inc.
To: Fernando Cortes <fernandoc@ronpaul2012.com>

This is for Ron Paul 2012 PCC

Lori and Deana,

Please WIRE the following to Interactive Communication Technology, Inc.

Amount: $8,850.00

Code: 60110

Invoice # 20120528

Wire to:
Account Name: ICT, Incorp
Bank: Bank of America
Routing No. 026 009593
Account No. 003916369353
Branch: College Park MD

Thank you!

--
Fernando Cortes
Deputy Controller
ph: (703) 563-6335
fax: (703) 563-7331
www.ronpaul2012.com



RP0035