

# Re: WIRE - Interactive Communication Technology, Inc.

**From:** Dimitri Kesari <dimitri@ronpaul2012.com>
**To:** John Tate <johnt@ronpaul2012.com>
**Subject:** Re: WIRE - Interactive Communication Technology, Inc.
**Sent:** Mon, 25 Jun 2012 18:23:45 -0400

Is was for 6 months

Sent from my iPhone

On Jun 25, 2012, at 5:59 PM, John Tate <johnt@ronpaul2012.com> wrote:

> What is this? What is it for, who is it? Why do we keep paying them? The last payment was supposedly the last.
>
> John
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Fernando Cortes <fernandoc@ronpaul2012.com>
>> **Date:** June 25, 2012 5:49:40 PM EDT
>> **To:** John Tate <johnt@ronpaul2012.com>
>> **Subject: Fwd: WIRE - Interactive Communication Technology, Inc.**
>>
>> According to dimitri is this the last one (again)
>> Approved? 8k
>>
>> ---------- Forwarded message ----------
>> From: **Katie Koerber**
>> Date: Monday, June 25, 2012
>> Subject: WIRE - Interactive Communication Technology, Inc.
>> To: Fernando Cortes <fernandoc@ronpaul2012.com>
>>
>> This is for Ron Paul 2012 PCC
>>
>> Lori and Deana,
>>
>> Please WIRE the following to Interactive Communication Technology, Inc.
>>
>> Amount: $8,850.00
>>
>> Code: 60110



GRAND JURY EXHIBIT 74

Invoice # 20120615

Wire to:
Account Name: ICT, Incorp
Bank: Bank of America
Routing No. 026 009593
Account No. 003916369353
Branch: College Park MD

Thank you!

--
Fernando Cortes
Deputy Controller
ph: (703) 563-6335
fax: (703) 563-7331
www.ronpaul2012.com

<ICT_JuneInvoice.xls>

| Key | Value |
|---|---|
| **Return-Path:** | <dimitri@ronpaul2012.com> |
| **Received:** | from [192.168.1.142] (c-71-62-190-220.hsd1.va.comcast.net. [71.62.190.220]) by mx.google.com with ESMTPS id dz4sm8255148qab.4.2012.06.25.15.23.45 (version=TLSv1/SSLv3 cipher=OTHER); Mon, 25 Jun 2012 15:23:46 -0700 (PDT) |
| **References:** | <CACC8afb2bbeXZWA_m3KPHUJn6_p1y28-cNcCvts4RMynatyfJg@mail.gmail.com> <E8BCC2B6-6DDC-4120-8FA0-D077EE72116B@ronpaul2012.com> |
| **Content-Type:** | multipart/alternative; boundary=Apple-Mail-211744A0-75D1-40C1-A96B-23DCE9EAD7BD |
| **X-Mailer:** | iPhone Mail (9B206) |
| **In-Reply-To:** | <E8BCC2B6-6DDC-4120-8FA0-D077EE72116B@ronpaul2012.com> |
| **Message-Id:** | <EF195529-0C01-4D02-BBD2-A5E9B811EC6E@ronpaul2012.com> |
| **Content-Transfer-Encoding:** | 7bit |
| **Mime-Version:** | 1.0 (1.0) |

| Key | Value Type | Value |
|---|---|---|

| Property list | Dictionary | (5 values) |
|---|---|---|
| date-sent | Number | 1340663025 |
| flags | Number | 8590195713 |
| original-mailbox | String | imap://dimitri%40ronpaul2012.com@imap.gmail.com/%5BGmail%5D/All%20Mail |
| remote-id | String | 42150 |
| subject | String | Re: WIRE - Interactive Communication Technology, Inc. |