

| From: | johnt@ronpaul2012.com |
|---|---|
| Sent: | Monday, June 25, 2012 6:24 PM |
| To: | Fernando Cortes <fernandoc@ronpaul2012.com> |
| Subject: | Re: Fwd: WIRE - Interactive Communication Technology, Inc. |

Approved.
Sent from my Verizon Wireless BlackBerry

**From:** Fernando Cortes <fernandoc@ronpaul2012.com>
**Date:** Mon, 25 Jun 2012 17:49:40 -0400
**To:** John Tate<johnt@ronpaul2012.com>
**Subject:** Fwd: WIRE - Interactive Communication Technology, Inc.

According to dimitri is this the last one (again)
Approved? 8k

---------- Forwarded message ----------
From: Katie Koerber
Date: Monday, June 25, 2012
Subject: WIRE - Interactive Communication Technology, Inc.
To: Fernando Cortes <fernandoc@ronpaul2012.com>

This is for Ron Paul 2012 PCC

Lori and Deana,

Please WIRE the following to Interactive Communication Technology, Inc.

Amount: $8,850.00

Code: 60110

Invoice # 20120615

Wire to:
Account Name: ICT, Incorp
Bank: Bank of America
Routing No. 026 009593
Account No. 003916369353
Branch: College Park MD

Thank you!

--
Fernando Cortes
Deputy Controller
ph: (703) 563-6335
fax: (703) 563-7331
www.ronpaul2012.com




RP0042