# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 11, 2018

Ms. Angela L. Campbell
DICKEY & CAMPBELL
Suite 1
301 E. Walnut Street
Des Moines, IA  50309

      RE: 16-3861  United States v. Jesse Benton
           16-3862  United States v. John Tate
           16-3864  United States v. Dimitrios Kesari

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                                    Michael E. Gans
                                                    Clerk of Court

MDS

Enclosure(s)

cc:     Mr. Jesse R. Benton
          Mr. Jesse Ryan Binnall
          Mr. Joseph Patrick Cooney
          Mr. John S. Courter
          Mr. Gary Dean Dickey Jr.
          Mr. Andrew H. Kahl
          Mr. Dimitrios N. Kesari
          Mr. Jesse Linebaugh

Mr. Laurin Howard Mills  
Mr. Richard C. Pilger  
Ms. Sonja Ralston  
Paris Ratliff Sorrell  
Mr. Brian W. Stolarz  
Mr. Patrick N. Strawbridge  
Mr. John Frederick Tate  

District Court/Agency Case Number(s):   4:15-cr-00103-JAJ-1  
                                                           4:15-cr-00103-JAJ-2  
                                                         4:15-cr-00103-JAJ-3