# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-3861
_____

United States of America

Plaintiff - Appellee

v.

Jesse R. Benton

Defendant - Appellant

_____

No: 16-3862
_____

United States of America

Plaintiff - Appellee

v.

John Frederick Tate, also known as John M. Tate

Defendant - Appellant

_____

No: 16-3864
_____

United States of America

Plaintiff - Appellee

v.

Dimitrios N. Kesari, also known as Dimitri Kesari

Defendant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:15-cr-00103-JAJ-1)
(4:15-cr-00103-JAJ-2)
(4:15-cr-00103-JAJ-3)

_____

**JUDGMENT**

Before WOLLMAN, LOKEN, Circuit Judges and NELSON, District Judge.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 11, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans