# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 11, 2018

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

      RE:  16-3861  United States v. Jesse Benton
           16-3862  United States v. John Tate
           16-3864  United States v. Dimitrios Kesari

Dear Sirs:

    A published opinion was filed today in the above case.

    Counsel who presented argument on behalf of the appellant in 16-3861 was
Angela L. Campbell, of Des Moines, IA.

    Counsel who presented argument on behalf of the appellant in 16-3862 was
Patrick N. Strawbridge, of Arlington, VA.  The following attorneys appeared on the brief;  David
Warrington, of Alexandria, VA; Laurin Mills, of Alexandria, VA; Cameron Norris of Arlington,
VA.

    Counsel who presented argument on behalf of the appellant in 16-3864 was Jesse Ryan
Binnal of Alexandria, VA.  The following attorney appeared on the brief; Susan Wright, of
Alexandria, VA.

    Counsel who presented argument on behalf of the appellee was Sonja Ralston, of
Washington, DC.

    The judge who heard the case in the district court was Honorable John A. Jarvey. The
judgment of the district court was entered on September 20, 2016.

    If you have any questions concerning this case, please call this office.

                 Michael E. Gans
                 Clerk of Court

MDS

Enclosure(s)

cc:  MO Lawyers Weekly

District Court/Agency Case Number(s):  4:15-cr-00103-JAJ-1
4:15-cr-00103-JAJ-2
4:15-cr-00103-JAJ-3